## Backus et al. v. Denison.

This was an action of debt upon judgment, by writ of foreign attachment, with an averment of *non est inventus;* and that the defendant had absconded.

The plea was — That in the first action, the plaintiffs, by a foreign attachment, attached a debt of the defendant, in the hands of one Hillhouse; and that Hillhouse, by agreement with the plaintiffs, placed property in their hands, more than to the value of their debt; which they did not apply in payment, but converted it to their own use.

Upon demurrer, judgment was rendered for the plaintiffs.

By the Court. (Sherman, J., absent.) If the plaintiffs, having attached the defendant's property in the hands of Hillhouse, had proceeded after judgment, and levied their execution upon it, it would have applied in payment to them,

and in exoneration of Hillhouse from the defendant; — but it doth not appear that the plaintiffs took anything from Hillhouse by their execution, or even upon an agreement that it should apply thereon; but only that Hillhouse, " by agreement with the plaintiffs, placed property in their hands (for what purpose is uncertain) which they have converted to their own use."— This placing of property in the plaintiffs' hands, and their conversion of it, might subject them to Hillhouse in trover or account, but could have no effect upon their execution, or on Hillhouse's debt to the defendant; and is no reason why judgment should not be rendered against the defendant in this action.